SERGIO RUFO             8211
1050 Bishop Street, # 322
Honolulu, Hawai`i  96813
Telephone:  (808) 852-7836
E-mail:  sergio@RufoLawGroup.com

*Attorneys for Plaintiff*
KAARINA PAKKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| KAARINA PAKKA, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a  THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | CIVIL NO. 1:19-CV-00050-SOM-KJM<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

COMES NOW Plaintiff, Kaarina Pakka, by and through her undersigned counsel, and, no Answer or Motion for Summary Judgment having been filed herein, hereby voluntarily dismisses all of Plaintiff's claims herein against all of the Defendants, without prejudice, pursuant to FRCP 41(a)(1)(A)(i).  Plaintiff authorizes and respectfully directs the Clerk of this Court to enter a Voluntary Dismissal of this action.

DATED:  Honolulu, Hawai`i, May 29, 2019.

          /s/  Sergio Rufo
          SERGIO RUFO
          RUFO LAW GROUP, LLLC

          Attorneys for Plaintiff
          KAARINA PAKKA